UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**TRENTON**</u>    <u>**March 30, 2010**</u>
**OFFICE**    **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:    CV-10-433 (AET)

UNITED STATES OF AMERICA
    V.
JEFF SCHWARTZ

**APPEARANCES:**

Janet Rosen, Esq., for plaintiff
Jeff Schwartz, *pro se* defendant

**NATURE OF PROCEEDING:**

Initial rule 16 held via telephone.
Ordered conference call set for May 6, 2010, at 10:30am. Plaintiff to initiate the call.
Order to be entered.

**Commenced: 2:32pm**
**Adjourned:   2:36pm**    **s/ MARK MORELLI**
    **Deputy Clerk**